UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                          CRIMINAL ACTION

VERSUS

BILLY RICHARDSON, JR.                              NO.: 03-00210-BAJ-EWD

ORDER

Considering the **Joint Motion for Summary Disposition (Doc. 61)**, in which the Office of the Federal Public Defender and the United States agree that after *Johnson v. United States*, 576 U.S. ——, 135 S.Ct. 2551 (2015), Mr. Richardson's conviction for the Louisiana crime of Simple Burglary is no longer a "violent felony" under any definition of a violent felony set forth in the Armed Career Criminal Act,

**IT IS HEREBY ORDERED** that Billy Richardson, Jr.'s **Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 (Doc. 48)** is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that Billy Richardson, Jr.'s sentence is **VACATED**.

**IT IS FURTHER ORDERED** that the Probation Office shall complete an amended pre-sentence investigation report.

---

[1] Subsequent to the filing of his *Motion to Vacate*, Richardson was released from the custody of the Federal Bureau of Prisons. Doc. 48.

1

**IT IS FURTHER ORDERED** that a resentencing hearing is set for March 29, 2018 at 9:30 a.m.

Baton Rouge, Louisiana, this 8th day of February, 2018.

                                                           _____
                                                           **BRIAN A. JACKSON, CHIEF JUDGE**
                                                           **UNITED STATES DISTRICT COURT**
                                                           **MIDDLE DISTRICT OF LOUISIANA**